

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,016-01

### EX PARTE JERRY DEAN SMITH JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 18F1193-005-A IN THE 5TH DISTRICT COURT FROM BOWIE COUNTY

*Per curiam*.

## O R D E R

A jury convicted Applicant of indecency with a child by exposure and assessed a seven year prison sentence. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant raises many claims that his trial counsel provided ineffective assistance. Applicant has alleged facts that, if true, might entitle him to relief. There is no response from trial counsel or findings from the trial court resolving the disputed factual issues. We remand this application to the trial court to obtain a response from trial counsel and make findings of fact and conclusions of law. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 2, 2022
Do not publish